

# Fourth Court of Appeals
## San Antonio, Texas

November 23, 2021

No. 04-21-00396-CV

**CONTINENTAL HOMES OF TEXAS, L.P. D/B/A EXPRESS HOMES**,
Appellant

v.

Giancarlo **PEREZ** and Krystle Perez,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-10075
Honorable Larry Noll, Judge Presiding

# O R D E R

Appellees' brief in this accelerated appeal was due November 18, 2021. Neither the brief nor a motion for extension of time has been filed. We **order** the brief due **December 3, 2021**. If the brief is not filed by the date ordered, we may submit the case without an appellees' brief.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of November, 2021.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court